JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY ALINO REYES, | Case No. CV 16-2198-KK |
| Petitioner, | |
| v. | JUDGMENT |
| JOEL MARTINEZ, | |
| Respondent. | |

Pursuant to this Court's Order: (1) Denying Motion to Stay; (2) Granting Motion to Dismiss; and (3) Dismissing this Action,

IT IS HEREBY ADJUDGED the Motion to Stay is DENIED, the Motion to Dismiss is GRANTED, and this action is DISMISSED without prejudice.

Dated:  July 05, 2016

_____
HONORABLE KENLY KIYA KATO
United States Magistrate Judge